CPS-251                                                                                          May 26, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-1676**

CHARLES POU

v.

EDWARD KLEM, Superintendent, et al.

(W.D. Pa. Civ. No. 04-cv-00087)


Present:     ALITO, MCKEE AND AMBRO, <u>CIRCUIT</u> JUDGES

   Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

   in the above-captioned case.

                                                        Respectfully,


                                                        Clerk

MMW/SR

_____ORDER_____
The foregoing request for a certificate of appealability is denied because, as the Magistrate Judge explained, the appellant's petition was not timely filed. See <u>United States v. Bendolph</u>, __ F.3d __, 2005 WL 1134860 (3d Cir. 2005).


                                                        By the Court,


                                                        /s/ Theodore A. McKee
                                                        Circuit Judge


Dated: August 2, 2005
CRG/cc: Mr. Charles Pou
        Raquel L. Cross, Esq.



A True Copy:

Marcia M. Waldron, Clerk