OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Western (Erie)**   Clerk of District Court        Date___**8/2/05**___
(District)

**In Re: Pou v. Klem, et al.**              C.A. Nos. __**05-1676**__
(Caption)

**Charles Pou**
(Appellant)

**Civil Nos. 04-cv-00087**
(D.C. No.)

Enclosures:
_____**8/2/05**_____ Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

*____**X**____ Record **(Rec'd)**

*_____ Supplemental Record **(First)**

*_____ Exhibits

*_____ State Court Record

____**X**____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Chanel R. Graham_   (267)-299-_4955_
Case Manager          Telephone Number

*_Arlinda Busby__ (267)-299-_4912_
Record Processor      Telephone Number

8/3/05

Receipt Acknowledge:
_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Record)