UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.　　　　　　　　　　　　　　　　　　　　　　IN REPLYING, GIVE NUMBER
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　OF CASE AND NAMES OF PARTIES
814-464-9600

August 15, 2005

Erie County Clerk of Courts
Erie County Courthouse
140 West Sixth Street
Erie, Pennsylvania 16501

Re: <u>Commonwealth v. Charles Pou</u>  3261 of 1998

Civil Action No. <u>04-87 ERIE</u> U.S. District Court

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: Jennifer Dash
Deputy Clerk

Enclosures

[Stamp: CLERK OF RECORDS, 2005 AUG 19 P 3:00, CRIMINAL DIVISION, COUNTY COURTHOUSE, ERIE, PA 16501]

RECEIVED

AUG 19 2005

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA